UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR MEDINA,<br><br>                Petitioner,<br><br>   v.<br><br>PEOPLE,<br><br>                Respondent. | Case No. CV 19-8153 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DIRECTING RESPONDENT TO ANSWER FIRST AMENDED PETITION AS MODIFIED** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, Respondent's Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondent's Motion to Dismiss the First Amended Petition (Dkt. No. 15) is GRANTED in part;

  (2) Ground Two of the First Amended Petition is DISMISSED with prejudice as untimely;

  (3) Jeff Lynch, Acting Warden of CSP-Sacramento, where Petitioner is currently housed, is DEEMED the Respondent in this action; and

  (4) Respondent is ORDERED to answer Grounds One and Three of the First Amended Petition within thirty days of the date of this Order.

IT IS SO ORDERED.

DATED: August 31, 2020

              _____
              JESUS G. BERNAL
              UNITED STATES DISTRICT JUDGE