JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPAR MEDINA, <br><br> Petitioner, <br><br> v. <br><br> JEFF LYNCH, Acting Warden of CSP-Sacramento, <br><br> Respondent. | Case No. LACV 19-8153-JGB (LAL) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: July 1, 2021

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE